IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CASE NO. 24-mj-203 |
| | : | |
| v. | : | |
| | : | VIOLATIONS: |
| DARYL GRAHAM, | : | |
| | : | 40 U.S.C. § 5104(e)(2)(D) |
| Defendant. | : | (Disorderly Conduct in |
| | : | a Capitol Building) |
| | : | |
| | : | 40 U.S.C. § 5104(e)(2)(G) |
| | : | (Parading, Demonstrating, or Picketing in |
| | : | a Capitol Building) |

**STATEMENT OF OFFENSE**

Pursuant to Fed. R. Crim. P. 11, the United States of America, by and through its attorney, the United States Attorney for the District of Columbia, and the defendant, Daryl Graham, with the concurrence of the defendant's attorney, agree and stipulate to the below factual basis for the defendant's guilty plea—that is, if this case were to proceed to trial, the parties stipulate that the United States could prove the below facts beyond a reasonable doubt:

*The Attack at the U.S. Capitol on January 6, 2021*

1. The U.S. Capitol, which is located at First Street, SE, in Washington, D.C., is secured twenty-four hours a day by U.S. Capitol Police (USCP). Restrictions around the Capitol include permanent and temporary security barriers and posts manned by USCP. Only authorized people with appropriate identification are allowed access inside the Capitol.

2. On January 6, 2021, the exterior plaza of the Capitol was closed to members of the public.

1

3.      On January 6, 2021, a joint session of the United States Congress convened at the Capitol. During the joint session, elected members of the United States House of Representatives and the United States Senate were meeting in separate chambers of the Capitol to certify the vote count of the Electoral College of the 2020 Presidential Election, which had taken place on Tuesday, November 3, 2020. The joint session began at approximately 1:00 PM. Shortly thereafter, by approximately 1:30 PM, the House and Senate adjourned to separate chambers to resolve a particular objection. Vice President Mike Pence was present and presiding, first in the joint session, and then in the Senate chamber.

4.      As the proceedings continued in both the House and the Senate, and with Vice President Pence present and presiding over the Senate, a large crowd gathered outside the Capitol. Temporary and permanent barricades, as noted above, were in place around the exterior of the Capitol, and USCP officers were present and attempting to keep the crowd away from the Capitol and the proceedings underway inside.

5.      At approximately 2:00 PM, certain individuals in the crowd forced their way through, up, and over the barricades. Officers of the USCP were forced to retreat and the crowd advanced to the exterior façade of the building. Officers with the D.C. Metropolitan Police Department were called to assist officers of the USCP who were then engaged in the performance of their official duties. The crowd was not lawfully authorized to enter or remain in the building and, prior to entering the building, no members of the crowd submitted to security screenings or weapons checks as required by USCP officers or other authorized security officials.

6.      At such time, the certification proceedings were still underway, and the exterior doors and windows of the Capitol were locked or otherwise secured. Members of the USCP

attempted to maintain order and keep the crowd from entering the Capitol; however, shortly after 2:00 PM, individuals in the crowd forced entry into the Capitol, including by breaking windows and by assaulting members of law enforcement, as others in the crowd encouraged and assisted those acts. The riot resulted in substantial damage to the Capitol, requiring the expenditure of more than $2.9 million dollars for repairs.

7. Shortly thereafter, at approximately 2:20 PM, members of the House of Representatives and of the Senate, including the President of the Senate, Vice President Pence, were instructed to—and did—evacuate the chambers. Accordingly, all proceedings of the United States Congress, including the joint session, were effectively suspended until shortly after 8:00 PM on January 6, 2021. In light of the dangerous circumstances caused by the unlawful entry to the Capitol—including the danger posed by individuals who had entered the Capitol without any security screening or weapons check—Congressional proceedings could not resume until after every unauthorized occupant had been removed from or left the Capitol, and USCP confirmed that the building was secured. The proceedings resumed at approximately 8:00 PM after the building had been secured. Vice President Pence remained in the Capitol from the time he was evacuated from the Senate Chamber until the session resumed.

### *The Defendant's Participation in the January 6, 2021, Capitol Riot*

8. Daryl Graham traveled from his home in Maryland to Washington D.C. on the morning of January 6, 2021, to attend the former president's "Stop the Steal" rally. Following the rally, Graham traveled along the National Mall to the Capitol. (*Image 1*)



*Image 1: Graham – circled in yellow – walking along the National Mall following the former president's rally.*

9. Eventually, Graham arrived on the West Side of the Capitol around 2:00 p.m. After arriving at the Capitol, Graham moved through the mob to scaffolding assembled for the upcoming inauguration. Once Graham reached the scaffolding, Graham witnessed the chaotic scene as the mob bypassed law enforcement and moved deeper onto Capitol grounds.



*Image 2: Graham recording the mob near scaffolding erected for the upcoming inauguration.*

10. From here, Graham traveled to the Upper West Terrace. To reach the Upper West Terrace, Graham climbed stairs adjacent to the inauguration scaffolding at 2:28 p.m. (*Image 3*)

4



*Image 3: Graham climbing to the Upper West Terrace.*

11.     After Graham reached the Upper West Terrace, Graham observed the tumultuous scene surrounding him. After approximately thirty minutes on the Upper West Terrace loitering with other rioters, Graham moved toward the West Stairs of a fire door near the Parliamentarian's office ("fire door"). Rioters violently breached this door at approximately 2:42 p.m. Graham approached the fire door at approximately 2:57 p.m. (*Image 4*)



*Image 4: Graham approaching the fire door.*

12. Immediately thereafter, at 2:58 p.m. Graham entered the Capitol. He moved with other rioters through the Brumidi Corridor while carry a "STOP THE STEAL" sign, a reference to alleged improprieties in the 2020 presidential election. During this time, Graham continued to record the actions of the mob around him. (*Image 5*)



*Image 5: Graham inside the Capitol.*

13. Graham entered and remained in the Capitol for several minutes. At approximately 3:00 p.m., officers began removing rioters from the Capitol by forcefully pushing the mob through the Brumidi Corridor – out the fire doors – to the Upper West Terrace. Graham was one of the rioters crowded in this location. Shortly thereafter, Graham left the Capitol building.

14. However, Graham did not leave Capitol grounds. Despite observing the events on the Upper West Terrace during this time – including assaults by rioters against police officers – Graham remained on, or near, the Upper West Terrace for at least another hour and a half after he exited the Capitol. At this time, officers attempted to escort rioters, including Graham, off Capitol grounds. (*Image 6*) Eventually, officers successfully removed Graham, and other rioters, from Capitol grounds.



*Image 6: Graham on the Upper West Terrace at 4:27 p.m., approximately an hour and half after he left the Capitol interior.*

## *Elements of the Offense*

15. The parties agree that 40 USC **§ 5104(e)(2)(D)** requires the following elements:

    a. The defendant engaged in disorderly or disruptive conduct in any of the United States Capitol Buildings or Grounds.

    b. The defendant did so with the intent to impede, disrupt, or disturb the orderly conduct of a session of Congress or either House of Congress.

    c. The defendant acted willfully and knowingly.

16. The parties agree that **§ 5104(e)(2)(G)** requires the following elements:

    a. The defendant paraded, demonstrated, or picketed in any of the United States Capitol Buildings.

    b. The defendant acted willfully and knowingly.

## *Defendant's Acknowledgments*

17. The defendant, Daryl Graham, knowingly and voluntarily admits to all the elements as set forth above. Specifically, Graham admits that his conduct of entering restricted Capitol

grounds during an ongoing riot and entering the Capitol with a "STOP THE STEAL" sign was disorderly and disruptive and completed to impede, disrupt, or disturb the orderly conduct of a session of Congress or either House of Congress. Additionally, Graham acknowledges that he knowingly paraded, demonstrated, or picketed inside the Capitol after he entered the Capitol and remained inside the Capitol with other rioters.

        Respectfully submitted,

        MATTHEW M. GRAVES
        United States Attorney
        D.C. Bar No. 481052

        /s/ *Eli Ross*
        by: Eli Ross
        Assistant United States Attorney
        Illinois Bar Number 6321411
        United States Attorney's Office
        601 D. Street, N.W.
        Washington, D.C. 20001
        Telephone: (202) 297-1515
        Email: Eli.Ross@usdoj.gov

## DEFENDANT'S ACKNOWLEDGMENT

I, Daryl Graham, have read this Statement of the Offense and have discussed it with my attorney. I fully understand this Statement of the Offense. I agree and acknowledge by my signature that this Statement of the Offense is true and accurate. I do this voluntarily and of my own free will. No threats have been made to me nor am I under the influence of anything that could impede my ability to understand this Statement of the Offense fully.

Date: 8/6/24

Daryl Graham
Defendant

## ATTORNEY'S ACKNOWLEDGMENT

I have read this Statement of the Offense and have reviewed it with my client fully. I concur in my client's desire to adopt this Statement of the Offense as true and accurate.

Date: 6-8-24

Mitchell Shapiro
Attorney for Defendant